UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                              File No: 2:13-CR-17

v.

                              HON. ROBERT HOLMES BELL

DOUGLAS EMIL KUGLER, JR.,

    Defendant.
                                 /

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (Dkt. No. 29).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Dkt. No. 29) is approved and adopted as the opinion of the Court.

2.    Defendant's Motion to Suppress Statements (Dkt. No. 15) and Supplemental Motion to Suppress Statements (Dkt. No. 23) are **DENIED**.


Date:  June 3, 2014                        /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE